HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Nalvin Jerry Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:08-mj-0017 SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | SENTENCING HEARING TIME |
| vs. ) | |
| ) | DATE:   April 9, 2014 |
| NALVIN JERRY DAVIS, JR., ) | TIME:    11:00 a.m. |
| ) | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. ) | |
| ) | |
|  _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for April 9, 2014, at 10:00 a.m. may be continued to the April 9, 2014 at 11:00 a.m.

Defense counsel has a conflicting commitment and will not be available till 11:00 a.m. on that date.  To provide continuity of counsel for Mr. Davis, the one hour continuance is requested.  The government and probation department have no objection to the new time.  As this is a sentencing hearing for a supervised release violation, no exclusion of time is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 2, 2014          By:    /s/ Kirk Sherriff_____
                                     KIRK SHERRIFF
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 2, 2014 | By:  /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>NALVIN JERRY DAVIS, JR. |

## **O R D E R**

IT IS SO ORDERED that the Sentencing Hearing is continued as to the Time from 10:00 a.m. to 11:00 AM before Judge McAuliffe on April 9, 2014.

IT IS SO ORDERED.

Dated:  **April 2, 2014**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE