

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NALVIN JERRY DAVIS, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:08-MJ-00017-001 <br> **ORDER OF RELEASE** |

The above named defendant having been sentenced to 28 DAYS, with Credit for Time Served on April 1, 2014,

IT IS HEREBY ORDERED that the defendant shall be released from custody on **Thursday, April 10, 2014, at 10:00 A.M.** from the Fresno County jail.   A certified Judgment and Commitment order to follow.

DATED: 4/9/14

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE